

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00500-CV

Frank Thomas **SHUMATE**, Jr.,
Appellant

v.

**WILDLIFE PARTNERS, LLC**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-241
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the June 17, 2024 judgment of the trial court is:

REVERSED and REMANDED for a new trial on Wildlife Partners, LLC's request for reasonable and necessary attorney's fees, including fees for: (1) representation in the trial court; (2) representation through appeal to the court of appeals; (3) representation before the Supreme Court of Texas on a petition for review; (4) representation at the merits briefing stage in the Supreme Court of Texas; and (5) to present an oral argument before the Supreme Court of Texas; and

The remainder of the judgment is AFFIRMED.

It is ORDERED that costs are taxed against the party incurring same.

SIGNED November 26, 2025.

_____
Rebeca C. Martinez, Chief Justice